# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAMES P. TROUTMAN, IN HIS CAPACITY AS CLERK OF COURTS OF BERKS COUNTY, MARK C. BALDWIN, IN HIS CAPACITY AS DISTRICT ATTORNEY OF BERKS COUNTY, ELLIE ANTOINE, IN HER CAPACITY AS RECORDER OF DEEDS OF BERKS COUNTY, LAWRENCE MEDAGLIA, JR., IN HIS CAPACITY AS REGISTER OF WILLS AND CLERK OF ORPHANS COURT OF BERKS COUNTY, BARRY J. JOZWIAK, IN HIS CAPACITY AS SHERIFF OF BERKS COUNTY, DR. NICHOLAS BYBEL, IN HIS CAPACITY AS CORONER OF BERKS COUNTY, MARIANNE R. SUTTON, IN HER CAPACITY AS PROTHONOTARY OF BERKS COUNTY, NELSON H. LONG, IN HIS CAPACITY AS TREASURER OF BERKS COUNTY, AND THE COUNTY OF BERKS, EX REL. THE BOARD OF COMMISSIONERS OF BERKS COUNTY,

Respondents

v.

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 88, AFL-CIO,

Petitioner

: No. 232 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.